**LENARD E. SCHWARTZER**
2850 S. Jones Blvd, Suite 1
Las Vegas, NV 89146
(702)307-2022

TRUSTEE

E-Filed on

5-27-11

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THOMAS, RANDALL S.<br>THOMAS, JODI<br><br>Debtors | Case No. BK-S 10-17636 BAM<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>TRUSTEE'S MOTION TO SELL 33% SHARES IN NEVADA MADNESS, LLC BACK TO DEBTORS<br><br>Date: July 7, 2011<br>Time: 11:00 a.m.<br>Place: Foley Bldg., Third Floor |

The Trustee, LENARD E. SCHWARTZER, moves this Court for an order allowing him to sell back to the Debtors, RANDALL S. THOMAS and JODI THOMAS, the following non-exempt asset of the estate:

1. 33% shares in Nevada Madness, LLC.

2. The Debtors scheduled the current value of the 33% shares of Nevada Madness, LLC at $9,575.00.

3. The Debtors have offered to purchase the asset for a cash sum of $5,000.00.

4. Upon review of the financial records and 2010 tax return of Nevada Madness, LLC, the Trustee feels that the sale price of $5,000.00 for the 33% shares is a fair price and is in the best interest of the unsecured creditor. It is in the best judgment of the Trustee that this sale will bring the highest return to the estate.

/ / / / /

1  WHEREFORE, the Trustee prays for an order authorizing him to sell the 33% shares of Nevada Madness, LLC to RANDALL S. THOMAS and JODI THOMAS for the cash sum of $5,000.00.

Dated: May 25, 2011

_____
LENARD E. SCHWARTZER, Trustee

## DECLARATION OF TRUSTEE

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

DATED: May 25, 2011

_____
LENARD E. SCHWARTZER

2